IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO F. PERRYMAN, | ) |
| *Plaintiff*, | ) ) ) Case No. 3:09-0236 ) Judge Nixon ) Magistrate Judge Bryant |
| v. | ) ) |
| AVERITT EXPRESS, INC. | ) ) |
| *Defendants*. | ) |

### ORDER

The parties to this action hereby stipulate that the plaintiff's claims are dismissed in their entirety and with prejudice (Doc. No. 12). As a result, this case is **DISMISSED with prejudice** and the Court **ORDERS** this case **ADMINISTRATIVELY CLOSED**. Each party shall be responsible for its own attorney's fees and costs.

It is so ORDERED.

Entered this 13th day of October, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT